UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NICOLE WHITE

    VS                                                      CASE NO.  4:18-cv-318-MW-CAS

DIVERSIFIED CONSULTANTS INC.,
PINNACLE CREDIT SERVICES LLC.,
and JOHN DOES 1-25

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

| | |
|---|---|
| August 30, 2018 | s/ Chip Epperson |
| DATE | Deputy Clerk: Chip Epperson |